UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JORGE MORALES,<br><br>　　　　　Plaintiff,<br>　v.<br>E.K. MCDANIEL, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00197-MMD-CBC<br><br>ORDER |

Plaintiff Jorge Morales brings this action under 42 U.S.C. § 1983. (ECF No. 4) Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Carla B. Carry (ECF No. 29), recommending that the State of Nevada be dismissed with prejudice. Plaintiff had until June 24, 2019, to file an objection. (ECF No. 29.) To date, no objection to the R&R has been filed.[1] For this reason, and as explained below, the Court adopts the R&R.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review

///

---

[1] On June 11, 2019, the R&R was mailed to Plaintiff's address since Plaintiff has been discharged from custody. (ECF No. 30.)

1 | employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the Court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

While Plaintiff has failed to object to Judge Carry's recommendation, the Court has conducted a *de novo* review to determine whether to adopt the R&R. Judge Carry found that the First Amended Complaint was screened but the Court did not separately address the State of Nevada as a named defendant. (ECF No. 29 at 4.) The Court agrees with Judge Carry that Plaintiff cannot assert claims under 42 U.S.C. § 1983 or assert state law claims against the State of Nevada as it is entitled to sovereign immunity under the Eleventh Amendment.

It is therefore ordered that Judge Carry's Report and Recommendation (ECF No. 29) is adopted in full.

It is further ordered that the State of Nevada is dismissed with prejudice.

DATED THIS 5th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE